IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MOHAMED HASSAN SHEIKH IBRAHIM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-2337 (RDA/WBP) |
| | ) | |
| ROBERT GUADIAN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

This matter comes before the Court on parties' Joint Stipulation of Voluntary Dismissal. Dkt. 7. The parties stipulate and agree that this case should be dismissed without prejudice and with each party to bear its own fees and costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, it is hereby ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE; and it is

FURTHER ORDERED that the Clerk of the Court is DIRECTED to place this matter among the ended causes.

IT IS SO ORDERED.

Alexandria, Virginia
August 25, 2026

/s/

Rossie D. Alston, Jr.
United States District Judge